UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 27 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

YVONNE ROSILLO,

Plaintiff,
v.

12 C 7469
Milton I. Shadur

UNITED STATES OF AMERICA,

Defendant.

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed in its entirety, with the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

By: _____
Counsel for Plaintiff, Yvonne Rosillo

By: _____
Counsel for Defendant, United States of America